# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| CHERYL L. SPIVEY | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:22-cv-936-S-BT |
| | § | |
| TD JAKES MINISTRIES | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is therefore **ORDERED** that this action is **DISMISSED** for lack of subject matter jurisdiction.

The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to all parties.

**SO ORDERED.**

SIGNED July 7, 2022.

_____
**UNITED STATES DISTRICT JUDGE**